| | | |
|---|---|---|
| Estado Libre Asociado de Puerto Rico<br>TRIBUNAL DE APELACIONES<br>PANEL II | | |
| OFICINA INDEPENDIENTE DE PROTECCIÓN AL CONSUMIDOR EN REPRESENTACIÓN DE EVELYN REYES<br><br>Parte Recurrida<br><br>v.<br><br>LUMA ENERGY LLC y LUMA ENERGY SERVCO, LLC<br><br>Parte Recurrente | TA2025RA00355 | *Revisión* procedente de la Junta Reglamentadora de Servicio Público, Negociado de Energía de Puerto Rico<br><br>Caso Núm. NEPR-QR-2025-0227<br><br>Sobre:<br>Orden Alegación Responsiva Querella |

Panel integrado por su presidenta la Jueza Cintrón Cintrón, el Juez Rodríguez Flores y la Jueza Díaz Rivera.

Rodríguez Flores, Juez Ponente

### SENTENCIA

En San Juan, Puerto Rico, a 15 de enero de 2026.

El 17 de noviembre de 2025, LUMA Energy, LLC y LUMA Energy ServCo, LLC (en adelante, LUMA o recurrente) instó el recurso de revisión judicial de epígrafe y solicita que revoquemos la *Resolución Interlocutoria y Orden* pronunciada y notificada el 23 de septiembre de 2025 por el Negociado de Energía de Puerto Rico de la Junta Reglamentadora de Servicio Público (en adelante, NEPR).

LUMA manifiesta en su recurso que, al no haberse notificado la querella adecuadamente, el NEPR no obtuvo jurisdicción sobre el asunto, por lo que ese foro estaba impedido de atender la controversia.

Así las cosas, el 9 de enero de 2026, LUMA presentó una *Moción Informativa* mediante la cual expresó que, el 23 de diciembre de 2025, la Oficina Independiente de Protección al Consumidor

(OIPC) presentó ante el NEPR una moción solicitando la desestimación sin perjuicio del procedimiento administrativo que dio origen al presente recurso apelativo. Tal hecho y los argumentos de LUMA ante el NEPR, motivó que LUMA solicitara la desestimación del recurso de revisión presentado ante nosotros.

Evaluada detalladamente la *Moción Informativa* presentada por LUMA el 9 de enero de 2026 y sus efectos, este foro la acoge como una solicitud de desistimiento conforme con lo dispuesto en las Reglas 83 (A) del Reglamento del Tribunal de Apelaciones, *infra.* En virtud de lo anterior, se ordena el archivo del recurso de revisión judicial de referencia por desistimiento al amparo de la Regla 83(A) del Reglamento del Tribunal de Apelaciones, según enmendada, *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 42, págs. 116-117, 215 DPR __ (2025).

**Notifíquese.**

Lo acuerda y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones